# United States District Court

FILED
IN CLERK'S OFFICE

2003 DEC -5  A 11: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

Bryan K. Bartlett, et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Daniel O'Connell Sons, Inc.

03 - 12349 PBS

TO: (Name and address of defendant)

Daniel O'Connell Sons, Inc.
480 Hampden Street
Holyoke, MA  01040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shaheen Guerrera & O'Leary
Jefferson Office Park
820A Turnpike Street
North Andover, MA  01845

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    November 21, 2003
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

NAME

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

**Hampshire, ss.**

December 2, 2003

[ ] I hereby certify and return that on 12/1/2003 at 05:45 pm I served a true and attested copy of the SUMMONS, COMPLAINT AND CIVIL COVER SHEET in this action in the following manner: To wit, by delivering in hand to PHILIP TORREY, CLERK FOR DANIEL O'CONNELL SONS, INC. at 1450 SOUTH EAST STREET, AMHERST, MA 01002. In the service hereof, it was necessary and I actually used a motor vehicle 22 miles. Basic Service in hand ($30.00), Conveyance ($3.30), Travel ($13.44), Copies ($2.00), Attest ($5.00) Total Charges $53.74

Deputy Sheriff MILES A. SEAVER                               _[signature]_  Deputy Sheriff

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.