UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *   *
                                *
BRYAN K. BARTLETT, ET AL        *
    Plaintiffs,                 *
                                *
vs.                             *    CIVIL ACTION
                                *    No. 03-12349PBS
DANIEL O'CONNELL'S SONS, INC.,  *
    Defendant.                  *
                                *
                                *
* * * * * * * * * * * * * * *   *
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for the defendant, Daniel O'Connell's Sons, Inc., in the above-captioned matter.

Richard J. Shea, BBO# 456310
Michael R. Byrne, BBO# 558899
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA   02109
(617) 523-6200

DATED: Feb. 4, 2004

CERTIFICATE OF SERVICE

I, Michael R. Byrne, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Nicholas S. Guerrera
SHAHEEN GUERRERA & O'LEARY
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

_____
Michael R. Byrne

Date: _Feb. 4, 2004_