UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                             *
BRYAN K. BARTLETT, ET AL     *
    Plaintiffs,              *
                             *
vs.                          *    CIVIL ACTION
                             *    No. 03-12349PBS
DANIEL O'CONNELL'S SONS, INC.,*
    Defendant.               *
                             *
                             *
* * * * * * * * * * * * * * *
```

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), the defendant, Daniel O'Connell's Sons, Inc., hereby discloses the identity of its parent company, The O'Connell Companies, Inc.

DANIEL O'CONNELL'S SONS, INC.,
By its attorneys,

Richard J. Shea, BBO #456310
Michael R. Byrne, BBO #558899
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Date: Feb. 4, 2004

1

CERTIFICATE OF SERVICE

I, Michael R. Byrne, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Nicholas S. Guerrera
SHAHEEN GUERRERA & O'LEARY
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

_____
Michael R. Byrne

Date: _Feb. 4, 2004_____