UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                              *
BRYAN K. BARTLETT, ET AL      *
    Plaintiffs,               *
                              *
vs.                           *    CIVIL ACTION
                              *    No. 03-12349PBS
DANIEL O'CONNELL'S SONS, INC.,*
    Defendant.                *
                              *
                              *
* * * * * * * * * * * * * * *
```

**PROPOSED PRETRIAL SCHEDULE**

Pursuant to Local Rule 16.1(D), the parties submit the following proposed pretrial schedule:

Initial disclosures per FRCP 26(a)(1) . . . . . . April 12, 2004

Motions to amend the pleadings . . . . . . . . . . June 30, 2004

All non-expert discovery completed . . . . . . . . Oct. 29, 2004

Plaintiffs' expert disclosures per FRCP 26(a)(2) . Nov. 30, 2004

Defendant's expert disclosures per FRCP 26(a)(2) . Dec. 31, 2004

Expert depositions completed . . . . . . . . . . . Feb. 14, 2005

Motions for summary judgment filed . . . . . . . . Feb. 28, 2005

Oppositions to motions for summary judgment . . . March 28, 2005

1

| | |
|---|---|
| BRYAN K. BARTLETT and<br>ELIZABETH BARTLETT,<br>By their attorneys, | DANIEL O'CONNELL'S SONS, INC.,<br>By its attorneys, |
| _/s/ Nicholas S. Guerrera /MRB_<br>Nicholas S. Guerrera<br>BBO #551475<br>SHAHEEN, GUERRERA & O'LEARY, LLC<br>Jefferson Office Park<br>820A Turnpike Street<br>North Andover, MA 01845<br>(978) 689-0800 | _/s/ Michael R. Byrne_<br>Richard J. Shea<br>BBO #456310<br>Michael R. Byrne<br>BBO #558899<br>MELICK, PORTER & SHEA, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 523-6200 |

Dated: 3/24/04

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 6.

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Richard J. Shea
Robert P. Powers
John F. Rooney, III
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
Brian J. Cann *(CA)
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

Two Richmond Square - Suite 104
Providence, Rhode Island  02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts  02360
(508) 746-5976

March 24, 2004

Civil Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  <u>Bryan K. Bartlett, et al. v. Daniel O'Connell's Sons, Inc.
Civil Action No.: 03-12349PBS</u>

Dear Sir/Madam:

In preparation for the upcoming March 29, 2004 initial scheduling conference, enclosed please find the parties' joint Proposed Pretrial Schedule.

Kindly docket and file in the usual manner. Thank you for your attention to this matter.

Very truly yours,

Michael R. Byrne

MRB/jlp
Enclosure
cc: Nicholas S. Guerrera, Esq.