UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bryan K. Bartlett, et al
        Plaintiff

                                            CIVIL ACTION
V.                                    03-12349 -PBS

Daniel O;Connell's Sons, Inc.
        Defendant

**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

   _____ EARLY NEUTRAL EVALUATION    \_\_X\_\_ MEDIATION: Winter, 2004

   _____ MINI-TRIAL                         _____ SUMMARY JURY TRIAL

   _____ SETTLEMENT CONFERENCE    _____ SPECIAL MASTER

   _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                           HON. PATTI B. SARIS
                                                           UNITED STATES DISTRICT JUDGE
                                                            BY: /s/ Robert C. Alba
DATE:  March 29, 2004                                DEPUTY CLERK

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | _____ | |