UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bryan K. Bartlett, et al
Plaintiff,

        V.                           Civil Action Number
                                03-12349-PBS

Daniel O'Connell's Sons, Inc..              March 29, 2004

## SCHEDULING ORDER

Saris, D.J.,

Initial Disclosures: 4/12/04

Motions to Amend the Pleadings: 6/30/04

Fact Discovery deadline: 10/29/04

Plaintiff's expert designation deadline: 11/30/04

Defendant's expert designation deadline: 12/31/04

Expert discovery deadline: 2/14/05

Summary Judgment Motion filing deadline: 2/28/05

Opposition to Summary Judgment Motions: 3/28/05

Hearing on Summary Judgment or Pretrial Conference:

Case to be referred to Mediation program: Winter, 2004

                                                By the Court,

                                                s/ Robert C. Alba
                                                Deputy Clerk