UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-cv-12349-PBS

BRYAN BARLETT and ELIZABETH
BARTLETT, Individually and as Mother
and Next Friend of ANGELA L. BARTLETT,
BRYAN K. BARTLETT, JR., AND,
CHRISTOPHER C. BARTLETT,
    Plaintiffs

v.

DANIEL O'CONNELL'S SONS, INC.,
    Defendant

### NOTICE OF APPEARANCE

Please notice our appearance on behalf of the Defendant, Daniel O'Connell's Sons, Inc. in the above-captioned matter.

Respectfully submitted,
DEFENDANT,
DANIEL O'CONNELL'S SONS, INC.
By its Attorneys.

*[signature]*

Richard J. Riley, BBO #420610
Margret R. Cooke, BBO #630965
Murphy & Riley, P.C.
141 Tremont Street, 7th Floor
Boston, MA 02111
(617) 423-3700

DATED: April 13, 2004

CERTIFICATE OF SERVICE

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By (Mail) Hand
Dated: 4/13/04  mrc