UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 15 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

* * * * * * * * * * * * * * *
BRYAN K. BARTLETT, ET AL
   Plaintiffs,

vs.                                CIVIL ACTION
                                   No. 03-12349PBS
DANIEL O'CONNELL'S SONS, INC.,
   Defendant.
* * * * * * * * * * * * * * *

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to U.S. District Court Local Rule 83.5.2(c), please withdraw our appearance as counsel of record for the defendant, Daniel O'Connell's Sons, Inc., in the above-captioned matter. Attorney Richard Riley of Murphy & Riley, P.C., has previously entered his appearance on behalf of the defendant.

*[signature]*

Richard J. Shea, BBO# 456310
Michael R. Byrne, BBO# 558899
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109
(617) 523-6200

DATED: June 14, 2004

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.