UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-cv-12349-PBS

BRYAN BARTLETT and ELIZABETH
BARTLETT, Individually and as Mother
and Next Friend of ANGELA L. BARTLETT,
BRYAN K. BARTLETT, JR., AND,
CHRISTOPHER C. BARTLETT,
    Plaintiffs

v.

DANIEL O'CONNELL'S SONS, INC.,
    Defendant

## JOINT MOTION FOR ENLARGEMENT OF TIME
## FOR PROCEDURAL DEADLINES

The parties to the above-captioned action respectfully request that the Court enlarge the time for certain procedural deadlines contained in the Scheduling Order dated March 29, 2004 (the "Scheduling Order"). The parties propose that the deadlines in the Scheduling Order be enlarged for a modest period of time (4 months). The parties respectfully request that the deadlines in the Scheduling Order be amended as set forth below:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Fact discovery deadline | October 29, 2004 | February 28, 2005 |
| Plaintiff's expert designation deadline | November 30, 2004 | March 30, 2005 |
| Defendant's expert designation deadline | December 31, 2004 | April 29, 2005 |
| Expert discovery deadline | February 15, 2004 | June 15, 2005 |
| Summary Judgment motions filing deadline | February 28, 2005 | June 28, 2005 |
| Oppositions to Summary Judgment Motions | March 28, 2005 | July 28, 2005 |
| Case to be referred to Mediation program | Winter, 2004 | Spring, 2005 |

As grounds for this Motion, the parties state that they have been working to complete discovery, but that more time is needed to complete all of the depositions that are necessary in this case and to obtain the medical records connected to the alleged injuries at issue in this case. The plaintiffs have been served with written discovery in August, which the parties agree that the plaintiffs will respond to in the near future. Depositions will follow soon after the plaintiffs have produced the outstanding discovery requests. In order to properly notice depositions and retrieve necessary medical records relevant to the injuries and damages alleged, the parties are requesting a modest enlargement of time under the existing Scheduling Order. No trial date has been set and no Final Pre-Trial Conference has been held. No party will be prejudiced by the allowance of this Joint Motion. Indeed, all parties will benefit from its allowance.

WHEREFORE, the Plaintiffs and the Defendant to this action hereby respectfully request that the Court allow this Joint Motion for Enlargement of Time for Procedural Deadlines.

Respectfully submitted,

BRYAN BARTLETT and ELIZABETH BARTLETT, Individually and as Mother and Next Friend of ANGELA L. BARTLETT, RYAN K. BARTLETT, JR., AND, CHRISTOPHER C. BARTLETT,

By their attorney,

*/s/ Nicholas S. Guerrera (wpm)*
Nicholas S. Guerrera, BBO#551475
Shaheen, Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800

Dated: 9-30-04

Respectfully submitted,

DANIEL O'CONNELL'S SONS, INC.,

By its attorneys,

*/s/ William P. Mekrut*
Richard J. Riley, BBO#420610
Margret R. Cooke, BBO#630965
William P. Mekrut, BBO#654350
Murphy and Riley, PC
141 Tremont Street
Boston, MA 02118
(617) 423-3700

Dated: 9-30-04

**CERTIFICATE OF SERVICE**

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By (Mail)/Hand
Dated: 9-30-04  *William P. Mekrut*