UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-cv-12349-PBS

BRYAN BARTLETT and ELIZABETH
BARTLETT, Individually and as Mother
and Next Friend of ANGELA L. BARTLETT,
BRYAN K. BARTLETT, JR., AND,
CHRISTOPHER C. BARTLETT,
    Plaintiffs

v.

DANIEL O'CONNELL'S SONS, INC.,
    Defendant

## JOINT MOTION FOR ENLARGEMENT OF TIME
## FOR PROCEDURAL DEADLINES

The parties to the above-captioned action respectfully request that the Court

enlarge the time for certain procedural deadlines, which are currently set to expire on the

dates noted below under the column "Old Date". The parties propose that the deadlines

be enlarged for a modest period of time (approximately 2 months). The parties

respectfully request that the procedural deadlines be amended as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Fact discovery deadline | February 28, 2005 | April 29, 2005 |
| Plaintiff's expert designation deadline | March 30, 2005 | May 27, 2005 |
| Defendant's expert designation deadline | April 29, 2005 | June 30, 2005 |
| Expert discovery deadline | June 15, 2005 | August 19, 2005 |
| Summary Judgment motions filing deadline | June 28, 2005 | August 30, 2005 |
| Oppositions to Summary Judgment Motions | July 28, 2005 | September 21, 2005 |
| Case to be referred to Mediation program | Spring, 2004 | Summer, 2005 |

As grounds for this Motion, the parties state that they have been diligently working on discovery, but that more time is needed to schedule depositions and to supplement document responses. Specifically, the parties would like to continue the deposition of plaintiff Bryan Bartlett, presently scheduled for February 15, 2005, to April 6, 2005, and would like to continue the deposition of Daniel O'Connell's Sons, Inc. (pursuant to Fed. R. Civ. P. 30(b)(6)), presently scheduled for February 17, 2005, to April 8, 2005. As the parties anticipate that additional depositions may be necessary after the above noted depositions take place, the parties request a modest amount of additional time to schedule and complete those anticipated depositions. Furthermore, as the parties anticipate that they may supplement their document responses, they require a modest amount of additional time to review those documents and schedule any additional depositions that may be necessary after the supplemental production.

In order to complete discovery, therefore, the parties are requesting a modest enlargement of time of the procedural deadlines. No trial date has been set and no Final Pre-Trial Conference has been held. No party will be prejudiced by the allowance of this Joint Motion. Indeed, all parties will benefit from its allowance.

WHEREFORE, the Plaintiffs and the Defendant to this action hereby respectfully request that the Court allow this Joint Motion for Enlargement of Time for Procedural Deadlines.

Respectfully submitted,

BRYAN BARTLETT and ELIZABETH
BARTLETT, Individually and as Mother
and Next Friend of ANGELA L.
BARTLETT, RYAN K. BARTLETT,
JR., AND, CHRISTOPHER C.
BARTLETT,

By their attorney,

_Nicholas S. Guerrera_ (w/permission
                        JPM )

Nicholas S. Guerrera, BBO#551475
Shaheen, Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA  01845
(978) 689-0800

Dated:

Respectfully submitted,

DANIEL O'CONNELL'S SONS, INC.,

By its attorneys,

Richard J. Riley, BBO#420610
Margret R. Cooke, BBO#630965
William P. Mekrut, BBO#654350
Murphy and Riley, PC
141 Tremont Street
Boston, MA  02118
(617) 423-3700

Dated: February 11, 2005