UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Elizabeth Bartlett, et al<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Daniel O'Connell's Sons, Inc.<br>　　　　　Defendant. | CIVIL ACTION<br>NO.   03-12349-PBS |

### NOTICE OF PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                         December 29, 2005

　　　TAKE NOTICE that the above-entitled case has been set for a Pretrial Conference on **January 13, 2006**, at **2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel