UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRYAN BARTLETT and ELIZABETH BARTLETT, Individually and as Mother and Next Friend of ANGELA L. BARTLETT, BRYAN K. BARTLETT, JR., AND, CHRISTOPHER C. BARTLETT, Plaintiffs<br><br>v.<br><br>DANIEL O'CONNELL'S SONS, INC., Defendant | ) ) ) ) ) ) CIVIL ACTION NO.: 03-cv-12349-PBS ) ) ) ) ) ) |

## AGREEMENT FOR JUDGMENT FOR THE DEFENDANT

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the following entry be made: "Judgment for the Defendant with prejudice and without costs."

Dated this 9th day of November 2005.

Respectfully submitted,

| | |
|---|---|
| The Defendant, Daniel O'Connell's Sons, Inc., | The Plaintiffs, Bryan K. Bartlett, et al., |
| By its Attorneys, | By their Attorneys, |
| /s/ Richard J. Riley<br>Richard J. Riley, BBO# 420610<br>Murphy & Riley, P.C.<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 423-3700 | /s/ Nicholas S. Guerrera<br>Nicholas S. Guerrera, BBO#551475<br>Shaheen, Guerrera & O'Leary, LLC<br>Jefferson Office Park<br>820A Turnpike Street<br>(978) 689-0800 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to *Fed. R. Civ. P. 5*.

Dated: _____
Richard J. Riley